PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Richard Seeborg<br>U.S. Magistrate Judge | RE: | Phuong Le |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR07-00049 RMW |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados                                                                    (408) 535-5223
U.S. Pretrial Services Officer                                                TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____
_____

JUDICIAL OFFICER                                                        DATE   5/7/07

**FILED MAY -7 2007**

Cover Sheet (12/03/02)